

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00779-CR

**EX PARTE** Cristian **HERRERA-GREGORIO,**

From the County Court, Kinney County, Texas
Trial Court No. 12251CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The reporter's record was due on September 26, 2022. On November 21, 2022, the court reporter filed a notice of late record indicating the reporter's record was not filed because appellant did not request a record. If appellant wishes for a reporter's record to be considered on appeal, it is ORDERED that appellant provide written proof to this court no later than December 8, 2022 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Lori I. Valenzuela_
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court